UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,  :
:
    Petitioner,  :
:
v.  :  Case No. :
:
CLARENCE MILTON,  :
:
    Respondent.  :

## PETITION TO ENFORCE
## INTERNAL REVENUE SERVICE SUMMONS

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and avers as follows:

1.    This is an action for judicial enforcement of an Internal Revenue Service summons pursuant to 26 U.S.C. §§ 7402(b) and 7604(a). This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and 1345.

2.    Respondent Clarence Milton resides in Winter Haven, Florida, within the jurisdiction of this Court.

3.    R. Watson, a Revenue Officer of the Internal Revenue Service employed in the Office of the Area Director, Small Business/Self-Employed Compliance Division, at Lakeland, Florida, is authorized to issue Internal Revenue Service summonses pursuant to 26 U.S.C. § 7602 and 26 C.F.R. § 301.7602-1.

4.    Revenue Officer Watson was conducting an investigation for the collection of the individual Federal income tax liability of respondent for the year 2004, and the civil penalty for the year 2006.  (Exhibit 1.)

5.    Respondent has in his possession, custody, or control information, books, records, papers, and other data which may be relevant and material to the investigation.

6.    To further her investigation of respondent, and in accordance with 26 U.S.C. § 7602, on December 17, 2009, Revenue Officer Watson issued an Internal Revenue Service summons directing respondent to appear before Revenue Officer Watson, on January 11, 2010, to give testimony and to produce for examination and copying certain books, records, papers, or other data, as requested in the summons. (Exhibit 2.)

7.    On December 17, 2009, in accordance with 26 U.S.C. § 7603, Revenue Officer Watson served the summons on respondent by leaving a copy of the summons at the respondent's last and usual place of abode, as evidenced by the Certificate of Service of Summons (Exhibit 2.)

8.    On January 11, 2010, respondent failed to appear in response to the summons.

9.    Respondent's refusal to fully comply with the summons continues to the date of this petition.

10. Although some information is already in the possession of the Internal Revenue Service, all the information, books, records, papers, and other data sought by the summons is not.

11. All administrative steps required by the Internal Revenue Code for the issuance of the summons have been taken.

12. A Justice Department referral, as defined by 26 U.S.C. § 7602(d)(2), is not in effect with respect to respondent for the years at issue in this enforcement action.

13. It is necessary to obtain the testimony and to examine the books, papers, records, or other data sought by the summons in order properly to investigate the collection of the tax liability of the respondent for the year 2004, and the civil penalty for the year 2006. (Exhibit 1.)

WHEREFORE, the United States respectfully prays that this Court:

a. Enter an Order directing Respondent to show cause, if any, why he should not comply with and obey the summons and each and every requirement thereof;

b. Direct the United States promptly to arrange for service of the Petition, the Exhibits, and the Order to Show Cause upon respondent, such service to be effected by a duly authorized official of the Internal Revenue Service, by the United States Marshals Service, or by a private process server, at the option of the United States;

c. If Respondent fails to show cause why he should not comply with and obey the summons, enter an Order directing respondent to appear before Revenue Officer R. Watson, or any other designated officer of the Internal Revenue Service, at such time and place as may hereafter be fixed by Revenue Officer R. Watson or her designee, to give testimony and produce for examination and copying the books, records, papers, and other data as demanded by the summons;

d. Award the United States our costs in maintaining this action; and

e. Grant such other and further relief as is just and proper.

Respectfully submitted,

A. BRIAN ALBRITTON
United States Attorney

By: /s/John F. Rudy, III
John F. Rudy, III
Assistant United States Attorney
Florida Bar Number 0136700
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Facsimile: (813) 274-6198
E-Mail: John.Rudy@usdoj.gov

Dated: August 24, 2010