**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,    )
                                 )
          Petitioner,   )
                                 )
          v.              ) Case No.
                                 )
CLARENCE MILTON,         )
                                 )
          Respondent.  )

**DECLARATION**

R. Watson:

1.    I am a duly commissioned Revenue Officer employed in Small Business/Self-Employed Compliance, Office of the Area Director of Internal Revenue Service at Lakeland, Florida.

2.    In my capacity as a Revenue Officer, I am conducting an investigation for the collection of the tax liability of Clarence Milton for the year 2004, and the civil penalty for the year 2006.

3.    In furtherance of the above investigation and in accordance with 26 U.S.C. § 7602, I issued on December 17, 2009, an Internal Revenue Service summons to Clarence Milton to give testimony and to produce for examination books, papers, records, or other data as described in said summons. The summons is attached to the petition as Exhibit 2.

Exhibit 1

4.    In accordance with 26 U.S.C. § 7603, on December 17, 2009, I served an attested copy of the Internal Revenue Service summons described in paragraph 3 above on Clarence Milton, by leaving a copy of the summons at the respondent's last and usual place of abode, as evidenced in the certificate of service on the summons.

5.    On January 11, 2010, respondent failed to appear in response to the summons.  Respondent's refusal to comply with the summons continues to the date of this declaration.

6.    Although some payor information is already in the possession of the Internal Revenue Service, all the books, papers, records, or other data sought by the summons are not.

7.    All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

-2-

8.    It is necessary to obtain the testimony and to examine the books, papers, records or other data sought by the summons to properly investigate the collection of the tax liability of Clarence Milton for the year 2004, and the civil penalty for the year 2006.

9.    A Justice Department referral, as defined by 26 U.S.C. § 7602(d)(2), is not in effect with respect to Clarence Milton for the periods at issue in this enforcement action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _sixth_ day of _April_, 2010.


_R. Watson_
R. Watson
Revenue Officer
2133 Harden Blvd., Suite 110
Attn: Group 3100
Lakeland, FL  33803
Tel. No. (863) 904-3848