UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

      Petitioner,

v.                                                         CASE No. 8:10-MC-105-T-33TGW

CLARENCE MILTON,

      Respondent.

_____

## O R D E R

THIS CAUSE came on for consideration upon the Petition to Enforce Internal Revenue Service Summons, together with the supporting declaration and annexed exhibits (Doc. 1). It appears from the Petition and declaration that the respondent failed to appear before Revenue Officer R. Watson and neglected to produce all the documents as demanded in the Internal Revenue summons served on December 17, 2009 (id., p. 2). It is, therefore

ORDERED that the respondent, if desiring to object to complying with the subject summons, shall, within twenty (20) days from service of this Order, file and serve upon the petitioner a written response to

the Petition, supported by appropriate affidavits, as well as any motion the respondent desires to make. It is further

ORDERED that, should the respondent raise any objection to the enforcement of the subject summons, he shall appear before the United States District Court for the Middle District of Florida, in Courtroom 12A, Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida, on the 8th day of **December, 2010**, at **2:30 P.M.**, to show cause why the subject summons should not be enforced. Only issues raised by the response of the respondent will be considered at the time set forth above for hearing. If the respondent has raised no objection to complying with the subject summons, the respondent need not appear at the hearing set forth above, although the respondent will be bound to act in accordance with any Order of this court issued in this matter. It is further

ORDERED that a copy of this Order, together with the Petition and the exhibits attached thereto, shall be served upon the respondent, CLARENCE MILTON, by the United States Marshal or the Internal Revenue Service, on or before **September 30, 2010.** Proof of any service shall be filed with the Clerk as soon as practicable.

DONE and ORDERED at Tampa, Florida, this 30th day of

August, 2010.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE